UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN THE MATTER OF: )
)
Raymond O. Sotier ) 4:14-mc-00463-CDP
)

## ORDER

This Court has been advised by receipt of a certified copy of the August 8, 2014 order of the Supreme Court of Missouri, entered in In re: **Raymond O. Sotier**, Cause No. 94375, indicating that **Raymond O. Sotier** has been disbarred from the practice of law by the Supreme Court of Missouri.

**Raymond O. Sotier** has been admitted to practice before this Court. In accordance with Local Rule 12.02 and the Rules of Disciplinary Enforcement, this Court issued its order dated August 21, 2014 directing **Raymond O. Sotier** to show cause in writing within thirty days after service of that order why the identical discipline prescribed by the Supreme Court of Missouri should not be imposed by this Court. The order was served on Respondent by certified mail delivered to his last known address on August 27, 2014. [Doc. #3]. The record reflects that no response to the Order to Show Cause has been filed by Respondent within the time required by the Court. This Court therefore finds that the identical discipline ordered by the Supreme Court of Missouri should be imposed on **Raymond O. Sotier** pursuant to the rules of this Court.

Accordingly,

**IT IS HEREBY ORDERED** that **Raymond O. Sotier** be disbarred from the roll of attorneys authorized to practice law in the United States District Court for the Eastern District of Missouri.

Dated this 31st day of OCTOBER, 2014.

**BY THE COURT:**

_____
Chief Judge Catherine D. Perry

_____
Judge Carol E. Jackson

_____
Judge Rodney W. Sippel

_____
Judge Henry E. Autrey

_____
Judge Stephen N. Limbaugh, Jr.

_____
Judge Audrey G. Fleissig

_____
Judge John A. Ross

_____
Judge Ronnie L. White

_____
Senior Judge E. Richard Webber

_____
Senior Judge Charles A. Shaw

_____
Senior Judge Jean C. Hamilton